UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| JEFFREY O'QUINN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:09-CV-1845 FRB |
| ) | |
| TOM SLEMMER, et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER OF DISMISSAL
## PURSUANT TO FED. R. CIV. P. 41(b)

**IT IS HEREBY ORDERED** that plaintiff's complaint is **DISMISSED** without prejudice for failure to comply with this Court's order of December 3, 2009 [Doc. #6].

**IT IS HEREBY CERTIFIED** that an appeal from this dismissal would not be taken in good faith. See 28 U.S.C. § 1915 (a)(3).

Dated this 4th day of January, 2010.

      **/s/ Jean C. Hamilton**
      **UNITED STATES DISTRICT JUDGE**